**Opinion issued April 23, 2026**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-25-00815-CV

_____

### IN RE HOUSTON PIPE LINE COMPANY LP, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Houston Pipe Line Company LP has filed a petition for writ of mandamus seeking to vacate the trial court's order granting a plea to the jurisdiction.[1]

---

[1] The underlying case is *Texan Land and Cattle II, Ltd., Kitchco Realty, Ltd., Metco Realty, Ltd., HBT Realty, LTD., and Frymore Corporation v. Energy Transfer LP and Houston Pipe Line Co. LP*, cause number 2023-51045, pending in the 215th District Court of Harris County, Texas, the Honorable Nathan J. Milliron presiding.

We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We withdraw our stay order dated October 7, 2025.  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.